```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KELVIN BANISTER
```

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-056 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER EXCLUDING TIME |
| v. | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| KELVIN BANISTER, | )         (In Chambers) |
| | ) |
| Defendant. | ) |
| _____ | ) |

15          Following a status conference on April 3, 2007, the court

16  granted defendant's request for a continuance of the status conference

17  until April 10, 2007, at 9:30 a.m. and orally excluded time under the

18  Speedy Trial Act.  As was agreed to by the parties, time for trial

19  under the Speedy Trial Act is excluded between April 3, 2007, and April

20  10, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code

21  T-4.

22          **IT IS SO ORDERED.**

23
                                By the Court,
24

25
Dated: April 6, 2007
26                              _____
                                LAWRENCE K. KARLTON
27                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
28