DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KELVIN BANISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-056 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| KELVIN BANISTER, | ) | Date:    April 10, 2007 |
| | ) | Time:    9:30 a.m. |
| Defendant. | ) | Judge:   Hon. Lawrence K. Karlton |
| _____ | ) | |

  **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 10, 2007, be vacated and the matter recalendared for status conference on May 22, 2007.

  This continuance is sought to permit receipt and evaluation of discovery, and consideration of investigation, motions, and other aspects of defense preparation.  Counsel have conferred on this matter and Ms. Taylor has advised that a substantial amount of documentary discovery is involved and can be provided shortly.

  **IT IS FURTHER STIPULATED** that for trial under the Speedy Trial Act

1  be excluded between April 10, 2007, and May 22, 2007, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
3      **IT IS SO STIPULATED.**
4
5  Dated:  April 6, 2007      /S/ Robin Taylor
6      ROBIN TAYLOR
    Assistant United States Attorney
    Counsel for Plaintiff
7
8  Dated:  April 6, 2007      /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
9      Assistant Federal Defender
    Counsel for Defendant
10     KELVIN BANISTER
11
12     **O R D E R**
13
14     **IT IS SO ORDERED.**
15     By the Court,
16
17 Dated: April 6, 2007
18     _____
19     LAWRENCE K. KARLTON
    SENIOR JUDGE
20     UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

Stipulation and Order Continuing
Case and Excluding Time      2