```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KELVIN BANISTER

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,     ) No. 2:07-cr-056 LKK
                                  )
11            Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                  ) CASE AND EXCLUDING TIME
12       v.                       )
                                  )
13  KELVIN BANISTER, et. al.      ) Date:     May 22, 2007
                                  ) Time:     9:30 a.m.
14            Defendants.         ) Judge:    Hon. Lawrence K. Karlton
    _____ )
15
```

16

17         **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Robin Taylor, Counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, Counsel for Defendant Kelvin Banister,

20  John Balazs, Counsel for Defendant Jasmin Johnston, and Shari Rusk,

21  Counsel for Defendant Natosha Saunders, that the status conference

22  scheduled for May 22, 2007, be vacated and the matter recalendared for

23  status conference on June 12, 2007.

24         Mr. Balazs and Ms. Rusk are more recently involved in the case as

25  their clients appeared in this court later than Mr. Banister and have

26  not yet been able to review discovery.  Ms. Taylor had previously

27  advised Mr. Staniels that a substantial amount of documentary discovery

28  is involved in the case. This continuance is sought to permit receipt

1  and evaluation of discovery, and consideration of investigation,
2  motions, and other aspects of defense preparation.  In Mr. Banister's
3  case, discussions of possible resolution have also been initiated.
4     **IT IS FURTHER STIPULATED** that for trial under the Speedy Trial Act
5  be excluded between May 22, 2007, and June 12, 2007, pursuant to 18
6  U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
7       **IT IS SO STIPULATED.**

9  Dated:  May 17, 2007                /S/ Robin Taylor
                                       ROBIN TAYLOR
10                                     Assistant United States Attorney
                                       Counsel for Plaintiff

12 Dated:  April 6, 2007               /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
13                                     Assistant Federal Defender
                                       Counsel for Defendant
14                                     KELVIN BANISTER

15 Dated:  April 6, 2007               /S/ John Balazs
                                       JOHN BALAZS
16                                     Counsel for Defendant
                                       JASMIN JOHNSTON
17
   Dated:  April 6, 2007               /S/ Shari Rusk
18                                     SHARI RUSK
                                       Counsel for Defendant
19                                     NATOSHA SAUNDERS

21                             **O R D E R**

22
        **IT IS SO ORDERED.**
23
                          By the Court,
24

25
   Dated: May 21, 2007
26                                     _____
                                       LAWRENCE K. KARLTON
27                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
28

Stipulation and Order Continuing
Case and Excluding Time                2