Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-056 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. LAWRENCE K. KARLTON<br>) Time:   9:30 a.m.<br>) Date:   July 24, 2007 |
| Kelvin Banister, et.al. | ) |
| Defendants | |

   Defendants Kelvin Banister, Jasmin Johnston and Natosha Saunders are charged in an indictment alleging seven counts of violations of 18 U.S.C. §§s 371 and 1029(b)(2) – Conspiracy to Commit Fraud and Related Activity in Connection with an Access Device; and 18 U.S.C. § 1029(a)(2) – Fraud and Related Activity in Connection with an Access Device; 18 U.S.C. § 1030(a)(4) – Fraud and Related Activity in Connection with Computers; and 18 U.S.C. 982(a)(2)(b), 18 U.S.C. § 1029(c)(1)(c) – Criminal Forfeiture.

   A status conference was previously set for June 12, 2007.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to July 24, 2007, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 8, 2007                Respectfully submitted,

                                              __/s/ Shari Rusk___
                                              Shari Rusk
                                              Attorney for Defendant
                                              Natosha Saunders

                                              /s/ John Balazs
                                              John Balazs
                                              Attorney for Defendant
                                              Jasmin Johnston

                                              /s/ Jeffrey Staniels
                                              Jeffrey Staniels
                                              Attorney for Defendant
                                              Kelvin Banister

Dated: June 8, 2007                ___ Robin Taylor_____
                                              /s/ Robin Taylor
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through July 24, 2007, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 11, 2007

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT