JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JASMIN JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-056-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| KELVIN BANNISTER, et. al., ) | Date: August 14, 2007<br>Time: 9:30 a.m.<br>Hon. Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

    Defendants Kelvin Bannister, Jasmin Johnston, and Natosha Saunders, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from July 24, 2007, to **August 14, 2007, at 9:30 a.m.**

    The defendants in this case are charged with multiple counts of credit card fraud. This continuance is requested because defendants' counsel need additional time to prepare, including evaluating the financial records in this case, consulting with their clients, and exploring potential settlement with the prosecution.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 24, 2007 through August 14, 2007, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4). The Court has previously excluded time under the Speedy Trial Act on this ground through July 24, 2007.

Respectfully submitted,

Dated:  July 20, 2007

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
JASMIN JOHNSTON

Dated:  July 20, 2007

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
NATOSHA SAUNDERS

Dated:  July 20, 2007

/s/ Jeffrey L. Staniels.
JEFFREY L. STANIELS
Attorney for Defendant
KELVIN BANNISTER

McGREGOR W. SCOTT
U.S. Attorney

Dated:  July 20, 2007

By:  /s/ Robin Taylor
ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2