DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KELVIN BANISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-056 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | Judge:  Hon. Lawrence K. Karlton |
| KELVIN BANISTER, et.al. | ) | (In Chambers) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Following a status conference on August 14, 2007, the court granted defendants' unopposed request for a continuance of the status conference until September 11, 2007, at 9:30 a.m., in order to permit further discussion of potential terms of a plea agreement, and orally excluded time under the Speedy Trial Act.  As was agreed to by the parties, time for trial under the Speedy Trial Act is excluded between August 14, 2007, and September 11, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: August 21, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT