```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KELVIN BANISTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-056 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| KELVIN BANISTER, et. al. | Date:  November 27, 2007<br>Time:  9:30 a.m. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Benjamin Wagner acting on behalf of Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Kelvin Banister, , that the date for judgment and sentencing scheduled for November 27, 2007, be vacated. The need for a continuance is occasioned by delay in completing preliminary submissions to the probation office and thereby delaying completion of the draft presentence report.

The parties request that the matter be recalendared according to the following schedule:

| | |
|---|---|
| Proposed Presentence Report | December 11, 2007 |
| Counsel's Written Objections to Proposed PSR | December 26, 2007 |

| | | |
|---|---|---|
| 1 | Presentence Report | January 8, 2008 |
| 2 | Motion for Correction of PSR | January 15, 2008 |
| 3 | Judgment and Sentencing | January 23, 2008 |

**IT IS SO STIPULATED.**

Dated:  November 16, 2007          /S/ Benjamin Wagner for
                                   ROBIN TAYLOR
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated:  April 6, 2007              /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   KELVIN BANISTER

**O R D E R**

**IT IS SO ORDERED.**

                        By the Court,

Dated: November 20, 2007

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT